IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

CATHERINE ROBBINS                                                                          PLAINTIFF

V.                                                                   CIVIL ACTION NO. 2:03CV328-B-A

CLEVELAND SCHOOL DISTRICT                                                           DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**.

This, the 31st day of May, 2005.

/s/ Neal Biggers

_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**